BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KATHERINE L. WAWRZYNIAK (CABN 252751)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7317
    FAX: (415) 436-7027
    katherine.wawrzyniak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-15-0500-CRB |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| NATHANAEL BURGESS, | Date: April 6, 2016<br>Time: 2:00 p.m.<br>Court: Hon. Charles R. Breyer |
| Defendant. | |

On March 25, 2016, following an evidentiary hearing, the Court granted Defendant's Motion to Suppress Evidence and set a further status conference for April 6, 2016 at 2:00 p.m. *See* ECF No. 19 (Mar. 25, 2016). On March 29, 2016, the parties appeared before Judge Spero for a review of defendant's pretrial detention status. Based on the parties' proffers, Judge Spero ordered that defendant be released from federal custody subject to certain conditions. *See* ECF Nos. 21 & 22 (Mar. 29, 2016). Defendant is presently residing at a halfway house under the supervision of Pretrial Services.

The United States is in the process of evaluating its options in light of the Court's March 25, 2016 order. The government's notice of appeal, if any, must be filed by April 25, 2016. While the government is working diligently to reach a decision as to how to proceed, it does not expect that

decision to be made by April 6, 2016, a fact which has been conveyed to defense counsel.  Accordingly, the parties jointly seek to continue the date of the next status conference from April 6, 2016 to April 20, 2016 at 2:00 p.m.

IT IS SO STIPULATED.

Dated:  April 4, 2016                         BRIAN J. STRETCH
                                              Acting United States Attorney

                                              ___/s/_____
                                              KATHERINE L. WAWRZYNIAK
                                              Assistant United States Attorney


Dated:  April 4, 2016                         ___/s/_____
                                              GEOFFREY A. HANSEN
                                              Attorney for NATHANAEL BURGESS


<u>Attestation of Filer</u>

In addition to myself, the other signatory to this document is <u>Geoffrey A. Hansen</u>.  I hereby attest that I have his permission to enter a conformed signature on his behalf and to file this document.

Dated:  April 4, 2016                         ___/s/_____
                                              KATHERINE L. WAWRZYNIAK
                                              Assistant United States Attorney

# [PROPOSED] ORDER

Based upon the foregoing Stipulation, the Court orders that:

1. The parties shall appear before the Court on April 20, 2016 at 2:00 p.m. for a further status conference.

2. The currently scheduled status conference date of April 6, 2016 is vacated.

IT IS SO ORDERED.

DATED: 4/4/2016

_____
HONORABLE CHARLES R. BREYER
United States District Judge