1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7027
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9
                                UNITED STATES DISTRICT COURT
10
                               NORTHERN DISTRICT OF CALIFORNIA
11
                                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )  NO. CR 15-0500 CRB
                                        )
14       Plaintiff,                     )  NOTICE OF DISMISSAL
                                        )  AND ORDER
15    v.                                )
                                        )
16  NATHANAEL BURGESS,                  )
                                        )
17       Defendant.                     )
                                        )
18

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States Attorney for the Northern District of California dismisses the above indictment without prejudice

21  and moves that the Court vacate all pending dates set in the matter.

22  DATED:                                         Respectfully submitted,

23                                                 BRIAN J. STRETCH
                                                   United States Attorney
24

25

26                                                 _____
                                                   DAVID R. CALLAWAY
27                                                 Chief, Criminal Division

28

NOTICE OF DISMISSAL
CR 15-0500 CRB

**ORDER**

Upon motion of the government, the court hereby dismisses the indictment without prejudice, and all dates currently set in the matter are hereby VACATED.

Date: April 19, 2016

HON. CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
CR 15-0500 CRB